UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

James R. McNeil

    v.

                              Case No. 21-cv-261-JL

Brian Williams, et al.

JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated December 22, 2021, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 15, 2021, and the stipulations of dismissal filed by the parties on April 17, 2023, and May 5, 2023.

By the Court:

Daniel J. Lynch
Clerk of Court

Date: May 10, 2023

cc:    Leah Cole Durst, Esq.
       Olivia Faith Bensinger, Esq.
       Simone Sun Washington, Esq.
       Timothy John McLaughlin, Esq.
       Nathan W. Kenison-Marvin, Esq.
       Christine Friedman, Esq.
       Brian J.S. Cullen, Esq.
       Charles P. Bauer, Esq.
       Donald Reape, Esq.
       Keelan Forey, Esq.